ET AL. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. R. Gaynor Wellings* for petitioners. *Messrs. William H. Edwards* and *Gerald W. Harrington* for respondents.

No. 456. LONG *v.* CALIFORNIA. November 12, 1940. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Herbert W. Erskine* for petitioner.

No. 458. LARSON *v.* PACIFIC MUTUAL LIFE INSURANCE Co. November 12, 1940. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Charles M. Haft* for petitioner. *Messrs. Francis X. Busch* and *Orville J. Taylor* for respondent.

No. 459. DUNN *v.* ICKES, SECRETARY OF THE INTERIOR. November 12, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Raymond M. Hudson* and *Geoffrey Creyke, Jr.* for petitioner. *Solicitor General Biddle* for respondent.

No. 460. SPENCER, TRUSTEE, *v.* HIRAM WALKER & SONS GRAIN CORP., LTD. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Max Kahn* for petitioner.

No. 461. CATAHOULA BANK *v.* KIRBY. November 12, 1940. Petition for writ of certiorari to the Circuit Court